IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PATRICK A. MISSUD,

    Plaintiff,

v.

COUNTY OF SANTA CLARA,

    Defendant.

No. C 16-mc-80114 WHA

**ORDER RE PAPERS SUBMITTED BY PATRICK MISSUD ON MAY 25**

    In 2012, Attorney Patrick Missud was declared a vexatious litigant. *Missud v. San Francisco Superior Court*, No. 12-cv-3117, 2012 U.S. Dist. Lexis 137351, at *9–10 (N.D. Cal. Sept. 24, 2012). In 2013, the vexatious litigant order was expanded to make all of Missud's filings in this district subject to pre-filing review by the under-signed. *Missud v. National Rifle Association*, No. 13-mc-80263, Dkt. No. 4 (N.D. Cal. Dec. 2, 2013).

    Missud has submitted a "Second Renewed Emergency Injunction and TRO." To the extent discernible, Missud seeks a writ of habeas corpus preempting his allegedly-imminent arrest. Missud's complaint, to the extent it is ripe, is plainly vexatious and frivolous. Missud's petition is hereby **DENIED**. The Clerk shall please **RETURN** the papers filed to Missud.

**IT IS SO ORDERED.**

Dated: June 7, 2015.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE